NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COLLECTIVE EDGE, LLC, FERG'S SPORTS BAR & GRILL, INC., CARLOS LOPEZ, JR., COLLEEN A. LOPEZ,**

*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**

*Defendant-Appellant*

---

2025-1224

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-00034-AOB, 1:20-cv-00048-AOB, 1:20-cv-00159-AOB, Judge Armando O. Bonilla.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.


FOR THE COURT


January 17, 2025
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** January 17, 2025